**Exhibit A**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JESSICA SCHLECHT,

                  Plaintiff,

    v.

FENSTER ENTERPRISES, INC.,
NATIONAL BUILDING PRODUCTS, INC.,
NATIONAL BUILDING PRODUCTS AND
SERVICES, INC. f/k/a PELLA PRODUCTS, INC.,
HERBERT A. KRIEGH, YOMI OJO, and
GRETCHEN CORDONNIER

                  Defendants.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Civil Action No. 1:19-CV-01012

      IT HEREBY IS STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties in the above entitled action, that whereas neither the Plaintiff nor the Defendants are infants or incompetent persons for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above entitled action be, and hereby is, having been fully settled and compromised, dismissed with prejudice and on the merits, without costs or fees to either Plaintiff or Defendant as against the other, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

      This stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

1

1367309.1 7/23/2020

**Exhibit A**

| | |
|---|---|
| /s/ Erin S. Torcello | /s/ Susan C. Roney |
| Erin S. Torcello, Esq.<br>Peter H. Wiltenburg, Esq.<br>**BOND, SCHOENECK & KING, PLLC**<br>Avant Building – Suite 900<br>200 Delaware Avenue<br>Buffalo, New York  14202-2107<br>Telephone:  (716) 416-7000<br>E-Mail: torceles@bsk.com<br>        pwiltenburg@bsk.com | Susan C. Roney, Esq.<br>Tracey B. Scarpello, Esq.<br>**NIXON PEABODY LLP**<br>40 Fountain Plaza, Suite 500<br>Buffalo, New York 14202<br>Tel.: (716) 853-8100<br>E-mail: sroney@nixonpeabody.com<br>          tscarpello@nixonpeabody.com |
| *Attorneys for Defendants Gretchen Cordonnier and Yomi Ojo* | *Attorneys for Defendants Fenster Enterprises, Inc., National Building Products, Inc., National Building Products and Services, Inc. f/k/a Pella Products, Inc., and Herbert A. Kriegh* |

_____
Matthew D. Miller, Esq.
Marco Cercone, Esq.
James R. O'Connor, Esq.
**RUPP BAASE PFALZGRAF CUNNINGHAM, LLC**
1600 Liberty Building
424 Main Street
Buffalo, New York 14202
Telephone:  (716) 854-3400
E-Mail:  mmiller@ruppbaase.com
        cercone@ruppbaase.com
        oconnor@ruppbaase.com

*Attorneys for Plaintiff*


So Ordered:


| | |
|---|---|
| _____ | _____ |
| Lawrence J. Vilardo, U.S.D.J. | Date |

1367309.1 7/23/2020